UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |
|---|---|
| | ) |
| | ) No. 3:12-00205-3 |
| v. | ) JUDGE NIXON |
| | ) |
| JUAN TELLO-LEYNES | ) |

## MOTION TO SET A CHANGE OF PLEA HEARING

Comes now the Defendant Juan Tello-Leynes, through counsel, and respectfully moves this Honorable Court to set a change of plea hearing at the earliest date convenient with the Court. In support of this Motion Defendant Tello-Leynes would show as follows:

1. Defendant Tello-Leynes and the Government have reached a plea agreement.

2. Defendant Tello-Leynes will need a Spanish interpreter at the plea hearing.

*Granted*
*plea hearing set for*
*June 24, 2013, at 10:00 a.m.*
*[signature]*

s/ David I. Komisar
David I. Komisar, BPR#9207
Attorney for Juan Tello-Leynes
211 Printers Alley Building, 4th Floor
Nashville, Tennessee
(615)242-2675

### Certificate of Service

I hereby certify that on the 24th of April 2013, a true and correct copy of the foregoing Motion was sent via the CM/ECF system to Assistant U. S. Attorney William Abely, 110 9th Avenue South, Suite A-961, Nashville, Tennessee 37201.

/S/ David I. Komisar

David I. Komisar